UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DARRYLCO MOSBY (#312417)**

                                                            **CIVIL ACTION**

**VERSUS**

                                                            **NO. 12-0513-BAJ-DLD**

**STEVE RADER, WARDEN**

## RULING
## AND ORDER OF DISMISSAL

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 31, 2012 (doc. no. 5) , and the objection to the Report and Recommendation filed by the plaintiff on November 13, 2012 (doc. 6).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that application for habeas corpus relief filed by Darrylco Mosby is hereby dismissed as untimely and as barred by procedural default.

Baton Rouge, Louisiana, November 30, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA